## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Scott W. Kelley, being first duly sworn, hereby depose and state:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS), having been appointed to this position in June 2007. I am currently assigned to the Boston Division and I am responsible for the investigation of various crimes relating to the United States Mail. Prior to my appointment as a Postal Inspector, I was a Special Agent with the Naval Criminal Investigative Service (NCIS) for approximately one year and I was responsible for investigations in the interest of the United States Navy and Marine Corp. Prior to my NCIS employment, I was a Postal Inspector with USPIS between approximately September 2003 and June 2006. I have attended training at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA and have completed Basic Inspector Training (BIT) in Potomac, MD. I have received training in the investigation of crimes involving the sexual exploitation of children by attending numerous seminars and courses. I have investigated child pornography cases and related sexual offenses for approximately seven years.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I have conducted numerous investigations relating to the possession, receipt, transportation, distribution, and production of child pornography and obscene visual representations of the sexual abuse of children over the Internet and the US Mail. I have received training in investigations relating to the sexual exploitation and physical sexual abuse of minors. I have reviewed thousands of images and videos of actual and suspected child pornography, child erotica, and obscene visual representations of the sexual abuse of children.

4. This affidavit is submitted in support of a criminal complaint charging WILLIAM THOMAS, of Andover, MA, with receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

5. Title 18, United States Code, Section 2252(a)(2), makes it illegal for any person receive any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contain materials which have been mailed or so shipped or transported, by any means including a computer, if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

6. The statements contained in this affidavit are based upon my personal observations, training and experience, and review of relevant records related to this investigation, as well as information provided to me by other law enforcement officers involved in this investigation.

7. Postal Inspector Bone has been employed by USPIS since February 2007 and he is currently assigned to the U.S. Department of Justice's Child Exploitation and Obscenity Section in Washington, D.C. Postal Inspector Bone has participated in numerous investigations and

search warrant executions involving child exploitation offenses. Postal Inspector Bone has received extensive training in computer forensics and digital investigations from the Treasury Computer Forensic Training Program, National White Collar Crime Center, and the International Association of Computer Investigative Specialists ("IACIS"), including specialized training on digital data recovery, and the investigation and analysis of e-mail communications and Internet activities, such as "Instant Messaging" programs, newsgroups, and forums. Postal Inspector Bone also has received training on the use of specialized forensic software programs, including I-Look, Encase by Guidance Software, and Forensic Tool Kit by Access Data. Prior to becoming a Postal Inspector, he worked as a sworn law enforcement officer within the State of Illinois for over 8 years and was employed during that time by the Office of the State's Attorney, Lake County, Illinois, and the Office of the Sheriff, Lake County, Illinois. In this position, he was assigned to the Cyber Crimes Division and the Child Exploitation Unit, which investigated child exploitation related offenses and various computer related crimes.

8. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth the facts that I believe are necessary to establish probable cause to believe that WILLIAM THOMAS received child pornography in violation of 18 U.S.C. § 2252(a)(2). Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

## RELEVANT STATUES

9. This investigation concerns alleged violations of 18 U.S.C. § 2252(a)(2), relating to the sexual exploitation of minors.

    a. Title 18 U.S.C. § 2252(a)(2) prohibits a person from receiving any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contain materials which have been mailed or so shipped or transported, by any means including a computer, if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

## DEFINITIONS RELATED TO THIS SEARCH WARRANT

10. The following definitions apply to this Affidavit and its Attachments:

    a. "Child" means "minor," as defined by 18 U.S.C. § 2256(1) (any person under the age of eighteen years).

    b. "Child Pornography," as used herein, is defined in 18 U.S.C. § 2256 (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual

2

depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct).

c. "Minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

d. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

e. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

## INVESTIGATION

11. In October of 2010, USPIS and the foreign law enforcement (FLE) began an investigation into a movie production company that operated a website offering DVDs and streaming videos (collectively "films") for sale. The majority of these films feature young minor boys and were marketed as "naturist films from around the world." FLE and USPIS determined that this production company, hereinafter referred to as the "Company", was located outside the United States and was the subject of more than 20 complaints to the National Center for Missing and Exploited Children's Cyber TipLine regarding the sale of child pornography.

12. In October 2010, USPIS Inspectors accessed the Company's website ("www.[company].com") and were able to review film previews, website movie summaries, and customer ordering information. On six occasions between February and April, 2011, USPIS Inspectors from Brentwood, Tennessee conducted controlled purchases of DVDs via the Company's online ordering system. By way of example, one of the videos purchased from the Company via an undercover purchase was described as follows:

> "we…bring you…action-packed discs of ooey-gooey slippery goodness…. This two disc set features [name] and his buddies going commando in a very unique way. They're sweet enough, but that didn't stop them from breaking out the sugary cupcakes and giving you a whole new perspective on nudist food fighting! One this is for sure . . . there's no laundry to do tonight!"

13. The video depicts minor boys seen naked in an apartment living room setting eating desserts and other food. There are several close-ups of the minors' genitals and pubic area as they eat desserts and towards the end of the film several of the boys are seen sitting naked on the desserts and placing the remnants in their anuses.

3

14. Law enforcement determined that the Company has a shipping facility located in New York State and that the undercover online orders were transferred from the Company to this New York based shipping facility for fulfillment. These undercover orders were then shipped from New York State via USPS Priority Mail to a post office box in Tennessee.

15. FLE executed a search warrant on the Company's business premises in May 2011 and seized hundreds of DVD movies, photo DVDs, computers, and business records, including customer shipping labels and customer order histories. Many of the DVD movies included the exhibition of the genitals of nude minors. Law enforcement determined that these films were being shipped to customers worldwide, including hundreds of individuals residing in the United States. Law enforcement also determined that for those orders placed from the United States, the Company would fill those orders via USPS Priority Mail.

16. The Company, as well as its operating principals, were subsequently criminally charged and are being prosecuted outside the United States for child exploitation offenses, including the production and distribution of child pornography.

## IDENTIFICATION OF WILLIAM THOMAS

17. Law enforcement conducted a review of certain records contained in the Company's customer database and located one customer, WILLIAM THOMAS ("THOMAS"), with an address –of XX XXXXXXXX Drive, Andover, MA. From the review of the Company's records and customer database, it was determined that, on multiple occasions, THOMAS purchased child pornography from the Company's website.

18. From the customer database, law enforcement extracted the invoices and a purchase summary detailing the transactions made by THOMAS. His transactions showed that between August 2005 and March 2011, THOMAS purchased and ordered materials 15 times. Those orders included over 18 separate titles via the Company's website, totaling over $600.00 (United States Currency).

19. THOMAS's 15 transactions showed a billing address: XX XXXXXXXX Drive, Andover, MA.

    a. The shipping address for 13 of the 15 transactions was XX XXXXXXXX Drive, Andover, MA.
    b. The 2 other transactions, reflect a billing address of XX XXXXXXXX Drive, Andover, MA.

20. The customer records related to THOMAS reveal that the purchaser used the email address of "xxxxxxxxx@comcast.net" for receipt of confirmation in 15 transactions.

21. Below is information on THOMAS's last order for which the Company had records:

| | |
|---|---|
| ORDER NUMBER | 107814 |
| DATE | March 25, 2011 |
| NAME | William S. Thomas |
| BILLING DETAILS | XX XXXXXXXX Drive, Andover, MA 01810 |
| PHONE | XXXXXXXXXX |
| EMAIL | XXXXXX@comcast.net |
| AUTH CODE | Capture Card |
| ORDER STATUS | Shipped |
| Product ID | 70296 |
| Product Name | Raw Rewind Vol.2[2-disc](2011) DVD |
| | |
| Grand Total Price | $27.90 |

22. The flowing is a description of the movie files of "Raw Rewind Vol.2:"

   (a) **70296-1.avi**
   This movie file contains three minor males under the age of 18 years. At the start of the movie they are sitting on a couch eating. The minor males proceed remove all of their clothes and enter the shower and start to wash themselves exposing their genitals. The minor males enter some type of indoor pool and sit in a type of sauna for a period of time. This movie file contains minor children engaged in sexually explicit conduct specifically lascivious exhibition of genitals.

   (b) **70296-2.avi**
   This movie file starts with numerous males under the age of 18 years swimming in some type of indoor pool. The movie then shows numerous minor males under the age of 18 years in a sauna and playing on a couch naked exposing their genitals. This movie file contains minor children engaged in sexually explicit conduct specifically lascivious exhibition of genitals. (1:19:19)

23. On September 19, 2012, the Court authorized a search warrant for XXXXXXX Drive, Andover, MA 01810, the residence of WILLIAM S. THOMAS. On September 20, 2012, the search warrant was executed at THOMAS's residence

24. At the time of the search warrant execution, WILLIAM THOMAS, after being advised of his rights stated he had purchased the DVD paragraph 22 as well as the other DVDS which were seized. THOMAS stated that these DVDS contained graphic depictions of young males to include lascivious displays of genitals.

25. During execution of the search warrant, multiple items of computer media were seized. Seized from a bedroom were approximately 200 CD's and DVD's. Within this group were a number of DVD's from the "Company." Additionally a video DVD "Raw Rewind Vol.2 [2-disc], referenced in paragraph 22 was located and viewed. This DVD was located under his mattress. THOMAS stated he stored this DVD in this location due to the lascivious nature of its content

5

## CONCLUSION

26. Based on the above information, there is probable cause to believe that Title 18, United States Code, Section 2252(a)(2) (receipt of child pornography) has been violated by WILLIAM S. THOMAS.

27. Based upon the foregoing, I respectfully request that this Court issue a criminal complaint and arrest warrant for WILLIAM S. THOMAS for receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2).

Sworn to under the pains and penalties of perjury,

---
Scott W. Kelley
Inspector
United States Postal Inspection Service

SUBSCRIBED and SWORN before me on September 20, 2012.

---
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

I have previously reviewed copies of the movies/films referenced in paragraph 22 above, and I found probable cause to believe they depict minors engaging in sexually explicit conduct. The United States Attorney's Office shall continue to preserve the movies/films provided to the Court, for the duration of the pendency of this matter, including any relevant appeal process.

---
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE